UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRIAN HARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURIAN FINANCIAL GROUP and MINNESOTA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 18-CV-3274-JNE-ECW<br><br><br>ORDER |

Based upon the Rule 41 Stipulation of Dismissal [Docket No. 41], the above-entitled action is hereby dismissed without prejudice.  Each party shall bear their own costs and fees.

IT IS SO ORDERED.


DATED:  March 20, 2019            s/ Joan N. Ericksen
                                   JOAN N. ERICKSEN
                                   United States District Judge

1